**FILED**

JUL 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Criminal Case No. 08CR2399-W |
|                                    ) | |
| Plaintiff,                         ) | I N F O R M A T I O N |
|                                    ) | |
| v.                                 ) | Title 8, U.S.C., Sec. 1325 - |
|                                    ) | Illegal Entry (Misdemeanor); |
| PEDRO MARTINEZ-TINOCO,              ) | Title 8, U.S.C., Sec. 1325 - |
|                                    ) | Illegal Entry (Felony) |
| Defendant.                         ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about __5/2003__, within the Southern District of California, defendant PEDRO MARTINEZ-TINOCO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:jam:San Diego
7/9/08

<u>Count 2</u>

On or about June 23, 2008, within the Southern District of California, defendant PEDRO MARTINEZ-TINOCO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 7/22/8 .

KAREN P. HEWITT
United States Attorney

For CALEB E. MASON
Assistant U.S. Attorney